# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT OSUNA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. MANZANALEZ, et al.,<br><br>　　　　　Defendants. | Case No.: 1:18-cv-00719-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TRANSCRIPT<br><br>(Doc. 23) |

Currently before the Court is Plaintiff Gilbert' Osuna's notice of motion for transcript, filed on June 25, 2018. (ECF No. 23.) Plaintiff advises the Court that if it has received any notice stating that Plaintiff wishes to dismiss his claim, that notice would be fraudulent. There is no discussion of any transcript request or reasons given for any such request.

The Court has received no notice of voluntary dismissal of this case, and thus this case remains open. No further action need be taken on Plaintiff's motion, and to the extent that Plaintiff requests any copy of a transcript, that request is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **June 26, 2018**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE