# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT OSUNA,<br><br>  Plaintiff,<br><br>  v.<br><br>E. MANZANALEZ, et al.,<br><br>  Defendants. | Case No.: 1:18-cv-00719-LJO-SAB (PC)<br><br>ORDER REGARDING MOTION FOR CLARIFICATION<br><br>(ECF No. 25) |

Plaintiff Gilbert Osuna is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff Gilbert' Osuna's motion for clarification, filed on August 6, 2018. (ECF No. 25.) Plaintiff attaches an order he received from the United States District Court for the Central District of California, stating that his filing would not be filed and was instead rejected and ordered "returned to counsel." The reason given is that his case was closed and transferred. (*Id*. at 2.) Plaintiff seeks clarification, stating that he does not understand the reference to counsel.

As Plaintiff was informed by court order dated May 22, 2018 from the United States District Court for the Central District of California, his case no. CV 17-6283 PA (MRW) was transferred to this Court. His prior matter was closed, and all filings should be submitted to this Court with the

1

caption and case number reflected above.  Although the form used by the Central District states that Plaintiff's documents that they received on June 7, 2018 were not filed and returned to "counsel," the documents should have in fact been returned to Plaintiff as unfiled.

Therefore, Plaintiff's motion for clarification is HEREBY GRANTED, as explained above.

IT IS SO ORDERED.

Dated:   **August 8, 2018**

UNITED STATES MAGISTRATE JUDGE