# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT OSUNA,<br><br>    Plaintiff,<br><br>    v.<br><br>E. MANZANALEZ, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00719-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO REOPEN THE CASE<br><br>(ECF No. 36) |

On August 24, 2017, Plaintiff Gilbert Osuna filed the instant action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On November 29, 2018, the instant action was dismissed, without prejudice, based on Plaintiff's failure to exhaust his available administrative remedies before filing this suit. (ECF No. 34.) Judgment was entered, and this case is now closed. (ECF No. 35.)

On March 18, 2019, Plaintiff filed a motion to reopen the instant case on the ground that he has now exhausted his administrative remedies. (ECF No. 36.)

However, "a district court must dismiss a case without prejudice 'where there is no *presuit* exhaustion,' even if there is exhaustion while suit is pending." Lira v. Herrera, 427 F.3d 1164, 1170 (9th Cir. 2005). Therefore, since Plaintiff failed to exhaust his administrative remedies before filing the instant action, the Court was required to dismiss this action without prejudice and the Court has no legal authority to reopen this action based on the fact that Plaintiff exhausted his remedies after filing suit. Consequently, to the extent that Plaintiff seeks to reopen this specific

1

action under case number 1:18-cv-00719-LJO-SAB (PC), Plaintiff's motion is denied.

However, because this action was dismissed *without prejudice*, Plaintiff may continue to prosecute his claims by filing a *new* case. To file a new case, Plaintiff must submit a *new* complaint to the court without reference to his previous case or case number. Plaintiff must also submit a *new* application to proceed *in forma pauperis* or pay the $400.00 filing fee for the new case.[1] When the new case is opened, the court will assign the case a *new* case number.

Accordingly, the Court HEREBY ORDERS that:

1. Plaintiff's motion to reopen case number 1:18-cv-00719-LJO-SAB (PC), (ECF No. 36), is DENIED; and
2. The Clerk of the Court is directed to send Plaintiff a blank civil rights complaint form and an application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: __March 25, 2019__       _____/s/ Lawrence J. O'Neill_____
                                 UNITED STATES CHIEF DISTRICT JUDGE

---

[1] Plaintiff's filing of a new case does not excuse him from paying the filing fee for this case. The filing fee is collected by the court as payment for filing the case. The subsequent dismissal of a case does not change the fact that the case was filed. Even though Plaintiff proceeded *in forma pauperis* in the instant case without *prepayment* of the filing fee, he is required to pay the filing fee in full, notwithstanding dismissal of this action. 28 U.S.C. § 1915(b).